69619. GEORGIA FARM BUREAU MUTUAL INSURANCE
COMPANY v. WHITE.
(340 SE2d 672)

BEASLEY, Judge.

On certiorari, *White v. Ga. Farm Bureau Mut. Ins. Co.*, 255 Ga.

298 (336 SE2d 748) (1985), the Supreme Court reversed our unpublished decision reversing the trial court. Accordingly, the judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong, P. J., and Carley, J., concur.*

DECIDED JANUARY 22, 1986.

*Bryant H. Bower, Jr., Terry A. Dillard*, for appellant.
*Berrien L. Sutton,* for appellee.